UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OCEANCONNECT.COM, INC. AND OCEANCONNECT UK Ltd. | * | CIVIL ACTION |
| | * | NO. |
| versus | | |
| | * | SECTION " " |
| M/V FESCO ANGARA, and its Tackle, Equipment, and Appurtenances, *in rem*. | * | MAGISTRATE |

## COMPLAINT FOR MARITIME ARREST

Plaintiffs, OceanConnect.com, Inc. and OceanConnect UK Ltd. (collectively, "OceanConnect"), for their complaint against the M/V FESCO ANGARA, *in rem*, respectfully aver as follows:

1.

OceanConnect.com, Inc. is a U.S. corporation with its principal place of business in White Plains, New York.

2.

OceanConnect UK Ltd. is a UK limited liability company with its principal place of business in London, England.

3.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. The Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1333.

4.

The defendant M/V FESCO ANGARA is a bulk carrier that is presently or soon will be within the district, at or near Lake Charles, Louisiana, and subject to the jurisdiction of the Court.

5.

OceanConnect paid for and/or contracted for bunkers for the M/V FESCO ANGARA, which were loaded in Santos, Brazil on October 6, 2008, and for which were not paid.

6.

In connection with that non-payment, the M/V FESCO ANGARA was arrested in The Netherlands on March 9, 2009, and substitute security was posted at that time.

7.

An escrow agreement was entered at that time providing that the M/V FESCO ANGARA could not be arrested again for the purposes of security, but preserved the issue of arresting the M/V FESCO ANGARA for the purposes of obtaining competent jurisdiction.

8.

Thereafter, the owners of the M/V FESCO ANGARA instituted an *in personam* action in London, England, in an effort to avoid (i) liability for the non-payment of bunkers and (ii) the effect of maritime liens for the non-payment of necessaries as provided under Title 46 of the U.S. Code.

9.

OceanConnect is entitled to (i) a maritime lien against the M/V FESCO ANGARA and (ii) to arrest the M/V FESCO ANGARA, but only to perfect jurisdiction pursuant to the escrow agreement.

10.

OceanConnect is pursuing this action in this Court because courts in The Netherlands and in the United Kingdom will not enforce the United States maritime lien against a vessel *in rem* as neither jurisdiction recognizes a vessel as a distinct legal entity.

WHEREFORE OceanConnect.com, Inc. and OceanConnect UK Ltd. pray (i) that a warrant be issued for the arrest of the M/V FESCO ANGARA, her engines, boilers, tackle, apparel, equipment, appurtenances, etc., and that all persons claiming any right, title or interest therein be cited to appear, claim, and answer under oath, with such arrest being solely for the purpose of establishing jurisdiction and not for security, and (ii) for all other general and equitable relief to which they are entitled.

Respectfully submitted,

_____
Harold J. Flanagan (Bar #24091)
Julianne T. Echols (Bar #22044)
Stephen M. Pesce (Bar # 29380)
**FLANAGAN PARTNERS LLP**
201 St. Charles Ave., Suite 2405
New Orleans, Louisiana 70170
Telephone: (504) 569-0235
Facsimile: (504) 592-0251

*Attorneys for Plaintiffs, OceanConnect.com, Inc. and OceanConnect UK Ltd.*

**OF COUNSEL**
Keith B. Letourneau (TX Bar #00795893)
5847 San Felipe, Suite 4600
Houston, Texas 77057
Telephone: 713-871-8822
Facsimile: 713-871-8844

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, Notary Public, in and for the Parish of Orleans, State of Louisiana, personally came and appeared Harold Jude Flanagan, who after being duly sworn, did depose and say that:

1. He is the attorney for the plaintiffs herein.

2. He has read the foregoing complaint, knows the contents thereof, and believes the same to be true and correct.

3. He is making this Verification because the plaintiffs have no officers or directors in this district.

_____
Harold Jude Flanagan

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 25th DAY
OF SEPTEMBER, 2009.

_____
NOTARY PUBLIC

SEAN PATRICK BRADY
Notary Public, Bar No. 30410
Parish of Orleans, State of Louisiana
My Commission is issued for Life.