UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| OCEANCONNECT.COM, INC.<br>AND OCEANCONNECT UK LTD. | * * * | CIVIL ACTION<br>NO. 09-01694 |
| VERSUS | * * | JUDGE: TRIMBLE |
| M/V FESCO ANGARA, and Its Tackle,<br>Equipment, and Appurtenances, *in rem*. | * * * | MAGISTRATE: KAY |

\* \* \* \* \* \* \* \* \* \* \* \*

## **CLAIM**

NOW INTO COURT, through undersigned counsel, comes Angara Maritime Limited, appearing in this action solely to defend the claim against the vessel M/V FESCO ANGARA, requesting the Clerk to note the restricted appearance of undersigned counsel as authorized under Supplemental Admiralty Rule E(8) of the Federal Rules of Civil Procedure, and alleging that it is the sole owner of the M/V FESCO ANGARA, wherefore Angara Maritime Limited demands restitution of said vessel and that right to defend this action on its behalf, without waiving any of its defenses, including, but not limited to, lack of personal jurisdiction and lack of jurisdiction over the vessel.

NEW ORLEANS, LOUISIANA, this 1st day of October, 2009.

        Respectfully submitted,

        MONTGOMERY, BARNETT, BROWN, READ,
        HAMMOND & MINTZ, LLP


          /s / Joseph P. Tynan
        JOSEPH P. TYNAN (#12973)
        RONALD J. KITTO (#28638)
        ALEXIS M. PARRISH (#27709)
        1100 Poydras Street, Suite 3300
        New Orleans, LA 70163
        Telephone: (504) 585-3200
        Telecopier: (504) 585-7688
        E-mail:  jtynan@monbar.com
                   rkitto@monbar.com
                   aparrish@monbar.com

        *Attorneys for Angara Maritime Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2009, a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all known counsel of record.

    /s/ Joseph P. Tynan
JOSEPH P. TYNAN (#12973)
*Attorney for Angara Maritime Limited*
Montgomery, Barnett, Brown, Read,
Hammond & Mintz, L.L.P.
1100 Poydras Street, Suite 3300
New Orleans, LA 70163
Telephone: (504) 585-3200
Telecopier: (504) 585-7688
E-mail: jtynan@monbar.com