RECEIVED
IN LAKE CHARLES, LA.

OCT - 5 2009

TONY R. MOORE, CLERK
BY_____
         DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

OCEANCONNECT.COM, INC., ET AL    :    **DOCKET NO. 09-1694**

VS.                              :    **JUDGE TRIMBLE**

M/V FESCO ANGARA                 :    **MAGISTRATE JUDGE KAY**

**ORDER**

Before the Court is a "Motion for Prompt Hearing Under Supplemental Admiralty Rule E(4)(f) (doc. #9) wherein the Defendant, M/V Fesco Angara, through its counsel seeks a prompt hearing regarding the arrest of said vessel. Pursuant to a telephone conference held this date, the Court has been informed that the vessel has been released by the United States Marshal, and by the agreement of the parties, it is

**ORDERED** that the motion for hearing is **DENIED as MOOT.**

**IT IS FURTHER ORDERED** that Plaintiff shall file no later than 15 days from this order a memorandum supporting the "Notice of Filing Proof of Substitute Security and Motion to Vacate Arrest;"[1] Defendant shall file an opposition, no later than 15 days from service of Plaintiff's memorandum; and Plaintiff shall thereafter file a response within 5 days.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 5th day of October, 2009.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE

---

[1] Doc. #11.